NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NU-WAY CONCRETE COMPANY, INC.,**
*Appellant,*

v.

**JANET A. NAPOLITANO, SECRETARY OF HOMELAND SECURITY,**
*Appellee.*

---

2011-1171

---

Appeal from the Civilian Board of Contract Appeals in no. 1411, Administrative Judge Jeri Kaylene Somers.

---

**JUDGMENT**

---

J. MARSHALL GILMORE, of Winter Park, Florida, argued for the appellant.

JEFFREY A. REGNER, Trial Attorney, Civil Division, United States Department of Justice, of Washington, DC, argued for the appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, BRIAN M. SIMKIN, Assistant Director. Of counsel on the brief was JEAN HARDIN, Attorney, FEMA Office of Chief Counsel, Mission Support Division, Acquisition, Technology and Property Branch, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 9, 2011       /s/ Jan Horbaly
Date          Jan Horbaly
              Clerk